IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 14 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 5:06cr29DCBJCS

REGGIE LITTLE

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against REGGIE LITTLE without prejudice.

DUNN LAMPTON
United States Attorney

By:

for SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 13th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE